**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, INC., | : | |
| Plaintiff | : | No. 1:15-cv-00903 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| RONDALE R. DEBOARD, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 2nd day of February 2016, **IT IS HEREBY ORDERED THAT** Defendant Rondale R. DeBoard's motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6), (Doc. No. 13), is **DENIED**.

**IT IS FURTHER ORDERED THAT** the parties shall show cause within ten (10) days why the above-captioned action should not be transferred, pursuant to the forum selection clause and 28 U.S.C. § 1404(a), to the United States District Court for the Central District of California.

                                                                S/ Yvette Kane
                                                                Yvette Kane, District Judge
                                                                United States District Court
                                                                Middle District of Pennsylvania